## PRICE v. EISEN.

(Supreme Court, Appellate Term. December 28, 1899.)

COURTS—JURISDICTION—OBJECTION—APPEAL.

    A judgment of the municipal court for plaintiff will be reversed, where it does not appear that defendant resides within the territorial jurisdiction of the trial court.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Lizzie Price against Fischel Eisen. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Albert J. Wise, for appellant.

Leopold Harberger, for respondent.

PER CURIAM. It nowhere appearing that the defendant resides within the jurisdiction of the trial court, and the appellant having raised that question, the judgment must be reversed.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.